UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

CABINETS TO GO, LLC.

                Defendant.

Case No. 1:22-cv-5335

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
             November 21, 2023

                                      Respectfully Submitted,

                                      **/s/ Mars Khaimov**

                              By:    Mars Khaimov, Esq.
                                     100 Duffy Avenue, Suite 510
                                     Hicksville, New York 11801
                                     Tel (929) 324-0717
                                     Fax (929) 333-7774
                                     Email: mars@khaimovlaw.com
                                     *Attorney for Plaintiff*